# Court of Appeals
# of the State of Georgia

ATLANTA, June 10, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0412.  MARSHA W. MIGNOTT v. DEBRA A. SEGAL et al.

Marsha W. Mignott filed an action against Debra A. Segal and Doreen A. Mitchell for tortious interference, defamation, and attorney fees.[1] The trial court entered summary judgment in favor of the defendants, and Mignott filed this timely application for discretionary review.

We will grant a timely application for discretionary appeal if the lower court's order is subject to direct appeal. OCGA § 5-6-35 (j). Under OCGA § 9-11-56 (h), the grant of summary judgment is reviewable by direct appeal. *City of Demorest v. Town of Mount Airy*, 282 Ga. 653, 654, n. 1 (653 SE2d 43) (2007). Accordingly, this application is hereby GRANTED. Mignott has ten days from the date of this order to file a notice of appeal if she has not already done so. The clerk of the superior court

---

[1] While this action was pending in the trial court, the Supreme Court of Georgia resolved a related attorney discipline complaint against Mignott. See *Matter of Mignott*, 317 Ga. 764 (893 SE2d 891) (2023).

is DIRECTED to include a copy of this order in the appeal record transmitted to this Court.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   06/10/2025                      *

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*